## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (Joliet)

| | |
|---|---|
| In Re: | Case No. 17-34659 |
| Karen N. Brownlow | Chapter 13 |
| Debtor(s). | Hon. Judge Pamela S. Hollis |

### NOTICE OF MOTION OF HOME POINT FINANCIAL CORPORATION TO MODIFY AUTOMATIC STAY AND FOR RELIEF FROM THE CO-DEBTOR STAY

**VIA ELECTRONIC NOTICE:**

David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532

**VIA U.S. MAIL:**

Karen N. Brownlow, Debtor
5011 Brighton Ln.
Plainfield, IL 60586

John H. Brownlow
5011 Brighton Ln.
Plainfield, IL 60586
(non-filing co-debtor)

PLEASE TAKE NOTICE that on April 1, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of HOME POINT FINANCIAL CORPORATION to Modify Automatic Stay and for Relief from the Co-Debtor Stay, a copy of which is hereto attached.

Please take notice that on April 12, 2019 at 10:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis in Joliet City Hall 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and then and there present the attached *Motion of HOME POINT FINANCIAL CORPORATION to Modify Automatic Stay and for Relief from the Co-Debtor Stay,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: April 1, 2019            Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

### **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 1, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION (Joliet)

| | |
|---|---|
| In Re: | Case No. 17-34659 |
| Karen N. Brownlow | Chapter 13 |
| Debtor(s). | Hon. Judge Pamela S. Hollis |

## MOTION OF HOME POINT FINANCIAL CORPORATION TO MODIFY AUTOMATIC STAY AND FOR RELIEF FROM THE CO-DEBTOR STAY

HOME POINT FINANCIAL CORPORATION (hereinafter, "Movant"), a secured creditor herein, by its attorneys, the law firm of Sottile & Barile, LLC, respectfully requests this Court, pursuant to Sections 362 and 1301 of the Bankruptcy Code, and such other Sections and Rules as may apply, to enter an Order modifying the automatic stay and granting relief from the co-debtor stay as to John H. Brownlow to allow Movant to pursue possession and sale of its secured collateral. In support thereof, Movant states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On November 20, 2017, Karen N. Brownlow ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code.

3. On October 25, 2016, the Debtor did execute a certain Note in the amount of $220,095.00 (Exhibit A), secured by a Mortgage on the property commonly known as 5011 Brighton Lane, Plainfield, IL 60586 (Exhibit B).

4. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtor's filing of this petition on November 20, 2017.

5. The Debtor's Amended Chapter 13 Plan confirmed on April 13, 2018, states the debtor is to make direct payments to the Movant.

6. As of March 26, 2019, there remains due and owing on the Note and Mortgage referenced in paragraph three hereof, the unpaid principal balance of $210,504.75.

7. The Debtor is delinquent on post-petition mortgage payments to Movant. As of March 26, 2019, the default was $3,902.67.

8. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

9. In addition to the Debtor, the following is a non-filing co-debtor who signed the Note or Mortgage and thus, relief from the co-debtor stay is also being sought: John H. Brownlow is listed on the Mortgage.

10. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay and co-debtor stay provided by Section 362 and 1301 of the Bankruptcy Code.

Dated: April 1, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant