IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| KAREN N. BROWNLOW, | ) | Case No.: 17-34659 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: HOLLIS |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:         USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee:   mylander_j@lisle13.com
Kathryn Melone, Seller's Realtor:    Kathy.melone@cbexchange.com
Jeffrey McElroy, Seller's Attorney:   jeff@mcelroylaw.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at **150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432**, and in the following courtroom (or any other place posted), and present the attached **Motion to Authorize Sale Under 11 USC § 363**, at which time and place you may appear.

       JUDGE:   HOLLIS
       DATE:    June 21, 2019
       TIME:    10:45 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: May 21, 2019        /s/ Michael R. Colter, II
                                                   Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Karen N. Brownlow
5011 Brighton Lane
Plainfield, IL 60586

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054

Home Point Financial Corporation
115111 Luna Road, Suite 300
Farmers Branch TX 75234

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

BMO Harris Bank, N.A.
P.O. Box 2035
Milwaukee, WI 53201-2035

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

TD Bank USA, N.A.
C/O Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| KAREN N. BROWNLOW, | ) | Case No.: 17-34659 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: HOLLIS |

## MOTION TO AUTHORIZE SALE UNDER 11 USC § 363

NOW COMES, the Debtor, KAREN N. BROWNLOW, by and through her attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division.

2) On November 20, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 USC. The Plan was confirmed April 13, 2018, with payments of $850.00, and General Unsecured Creditors receiving no less than 100% of their allowed claims.

3) Debtor seeks to sell her primary residence located at 5011 Brighton Lane, Plainfield, IL 60586, (Permanent Index Number: 06-03-33-401-008-0000) under 11 USC § 363, for $258,000 (Exhibit A: Multi-Board Residential Real Estate Contract 7.0).

4) The Debtor and the proposed buyers, Amanda Rakoci and Derek Rakoci, have no relationship and this is an arm's length transaction.

5) At the time of filing, the Debtor owed a total of $224,702.66 to Home Point Financial Corporation and the home is selling for $258,000.00. This means there will be equity left

for the Debtor to send to the trustee to pay creditors sooner than the plan currently calls for. This is a benefit to creditors and the Debtor.

6) Debtor will send certified funds and the closing statement to the trustee within seven days of closing.

WHEREFORE, the Debtor, KAREN N. BROWNLOW, prays that this Honorable Court enter an Order Granting Debtor's Motion to Authorize Sale Under 11 USC § 363 and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675
        Attorney for the Debtor(s)

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100