UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-34659
KAREN N. BROWNLOW,  )
 )  Chapter: 13
 )  Honorable Pamela S. Hollis
 )  Joliet
Debtor(s)  )

**ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor, Karen Brownlow, is permitted to sell the home located at 5011 Brighton Lane, Plainfield, IL 60586 (Permanent Index Number: 06-03-33-401-008-0000).

2) Home Point Financial Corporation's lien on Debtor's home will be paid in full per their payoff statement as of the date of closing. Debtor shall obtain a written payoff statement from Creditor prior to the date of closing.

3) The closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

4) After Home Point Financial Corporation has been paid in full, Debtor is permitted to retain the first $15,000.00 of the remaining proceeds as her homestead exemption.

5) Debtor shall send the trustee a copy of the closing statement and the remaining proceeds (after the homestead exemption, fees, and commissions) to Trustee Glenn Stearns within seven days of closing.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 21, 2019

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100